**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Casey E. Sadler (#274241)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Kamlesh Patel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAMLESH PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC., BRIAN P. KELLEY, and FRANCES G. RATHKE,<br><br>Defendants. | Case No. 3:15-cv-03715<br><br>**CERTIFICATION OF ROBERT V. PRONGAY PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 3-7(d)** |

Pursuant to Northern District Local Rule 3-7(d), I, Robert V. Prongay declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed on August 14, 2015, at Los Angeles, California.

                        *s/ Robert V. Prongay*
                        Robert V. Prongay